Decided September 18, 1996

## PAVERINI CONSTRUCTION COMPANY, INC. *v.* EDGARDO IPPOLITI ET AL.

*Paul L. Bollo*, in support of the petition.

*Mark R. Carta*, in opposition.

Decided September 18, 1996

## STATE OF CONNECTICUT *v.* GABRIEL GONZALEZ

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 906 (AC 14245), is denied.

*Temmy Ann Pieszak*, assistant public defender, in support of the petition.

*Richard F. Jacobson*, assistant state's attorney, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 907 (AC 13665), is denied.